# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:

     KENNETH P WALLER
     KELLY R WALLER
         Debtor(s)

Case No. 10-14626

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/01/2010.

2) The plan was confirmed on 07/01/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 04/21/2011, 09/01/2011, 03/22/2012, 07/26/2012, 02/07/2013, 05/02/2013.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 02/23/2012.

5) The case was completed on 03/31/2015.

6) Number of months from filing to last payment: 60.

7) Number of months case was pending: 62.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $20,112.00.

10) Amount of unsecured claims discharged without payment: $31,107.71.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $35,124.01 | |
| Less amount refunded to debtor | $123.62 | |
| **NET RECEIPTS:** | | **$35,000.39** |

## Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $2,500.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $1,521.69 | |
| Other | $274.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$4,295.69** |
| Attorney fees paid and disclosed by debtor: | $0.00 | |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AAMS LIC | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| AARONS | Unsecured | 190.00 | NA | NA | 0.00 | 0.00 |
| AFNI INC | Unsecured | 491.00 | NA | NA | 0.00 | 0.00 |
| AIM IMMEDIATE CARE | Unsecured | 26.00 | NA | NA | 0.00 | 0.00 |
| ALLIED INTERSTATE | Unsecured | 2,085.00 | NA | NA | 0.00 | 0.00 |
| AM CRED & COL | Unsecured | 128.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 1,891.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 1,375.00 | 1,375.50 | 1,375.50 | 611.03 | 0.00 |
| BECKET & LEE LLP | Unsecured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| BMO HARRIS BANK NA CONSUMER | Secured | 10,825.00 | 10,825.00 | 10,825.00 | 10,825.00 | 1,383.67 |
| CHECK INTO CASH | Unsecured | 901.00 | NA | NA | 0.00 | 0.00 |
| CHICAGO TRIBUNE | Unsecured | 34.00 | NA | NA | 0.00 | 0.00 |
| CITY OF DEKALB | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION SYSTEMS OF FREEPOR | Unsecured | 4,033.00 | 1,192.03 | 1,192.03 | 514.93 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 1,467.00 | NA | NA | 0.00 | 0.00 |
| COTTONWOOD FINANCIAL LTD | Unsecured | 1,775.00 | 1,774.11 | 1,774.11 | 788.08 | 0.00 |
| CREDIT MANAGEMENT SERVICES | Unsecured | 274.00 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION ASSOC | Unsecured | 26.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION BUREAU | Unsecured | 273.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION SERVICE | Unsecured | 61.00 | 61.10 | 61.10 | 26.13 | 0.00 |
| CURRIE MOTOR CHEVROLET | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CYBRCOLLECT | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| DEKALB CLINIC CHARTERED | Unsecured | 347.00 | 321.78 | 321.78 | 137.59 | 0.00 |
| DEKALB CLINIC CHARTERED | Unsecured | NA | 10.00 | 10.00 | 4.28 | 0.00 |
| DEKALB CLINIC CHARTERED | Unsecured | NA | 103.88 | 103.88 | 44.42 | 0.00 |
| DEKALB CLINIC CHARTERED | Unsecured | NA | 425.66 | 425.66 | 182.01 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| EAST BAY FUNDING | Unsecured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| ECO LINDSAY WATER TREATMENT | Unsecured | 610.00 | NA | NA | 0.00 | 0.00 |
| FFCC COLUMBUS INC | Unsecured | 346.00 | NA | NA | 0.00 | 0.00 |
| IMAGINE | Unsecured | 772.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 11,983.04 | 6,507.55 | 6,507.55 | 6,507.55 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 2,394.67 | 2,394.67 | 1,079.85 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 407.24 | 407.24 | 174.14 | 0.00 |
| KISHWAUKEE COMMUNITY HOSPITA | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| KISHWAUKEE COMMUNITY HOSPITA | Unsecured | 132.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 2,245.00 | 2,245.00 | 2,245.00 | 959.97 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 93.25 | 93.25 | 39.87 | 0.00 |
| MERCEDES BENZ FINANCIAL SERVI | Unsecured | 820.00 | NA | NA | 0.00 | 0.00 |
| MID AMERICA BANK & TRUST | Unsecured | 495.00 | NA | NA | 0.00 | 0.00 |
| MID AMERICA BANK & TRUST | Unsecured | 465.00 | 495.72 | 495.72 | 211.97 | 0.00 |
| MID AMERICA BANK & TRUST | Unsecured | 421.00 | 464.49 | 464.49 | 198.62 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Unsecured | 205.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 1,250.00 | 947.37 | 947.37 | 405.10 | 0.00 |
| NORTH SHORE AGENCY | Unsecured | 37.00 | NA | NA | 0.00 | 0.00 |
| NORTH SHORE AGENCY | Unsecured | 48.00 | NA | NA | 0.00 | 0.00 |
| OK MAGAZINE | Unsecured | 78.00 | NA | NA | 0.00 | 0.00 |
| PARAGON WAY | Unsecured | 725.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 0.00 | 15,459.39 | 15,459.39 | 6,610.49 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 439.00 | NA | NA | 0.00 | 0.00 |
| REDDY MEDICAL ASSOC | Unsecured | 145.00 | NA | NA | 0.00 | 0.00 |
| ROYCE FINANCIAL | Unsecured | 360.00 | NA | NA | 0.00 | 0.00 |
| RRCA ACCOUNTS MANAGEMENT | Unsecured | 573.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| RRCA ACCOUNTS MANAGEMENT | Unsecured | 205.00 | NA | NA | 0.00 | 0.00 |
| RRCA ACCOUNTS MANAGEMENT | Unsecured | 59.00 | NA | NA | 0.00 | 0.00 |
| RWDS | Unsecured | 438.00 | NA | NA | 0.00 | 0.00 |
| SOLOMON & SOLOMON | Unsecured | 725.00 | NA | NA | 0.00 | 0.00 |
| SPIEGEL | Unsecured | 28.00 | NA | NA | 0.00 | 0.00 |
| SPRINT CORP | Unsecured | 2,466.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| STATE COLLECTION SERVICE | Unsecured | 133.00 | NA | NA | 0.00 | 0.00 |
| THE AFFILIATED GROUP | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| THE LESSER AGENCY | Unsecured | 1,409.00 | NA | NA | 0.00 | 0.00 |
| WASTE MANAGEMENT | Unsecured | 32.00 | NA | NA | 0.00 | 0.00 |
| WEST ASSET MANAGEMENT | Unsecured | 214.00 | NA | NA | 0.00 | 0.00 |
| WESTBURY VENTURES | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $10,825.00 | $10,825.00 | $1,383.67 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$10,825.00** | **$10,825.00** | **$1,383.67** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $6,507.55 | $6,507.55 | $0.00 |
| **TOTAL PRIORITY**: | **$6,507.55** | **$6,507.55** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$27,771.19** | **$11,988.48** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,295.69 |
| Disbursements to Creditors | $30,704.70 |
| **TOTAL DISBURSEMENTS** : | **$35,000.39** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 06/09/2015                     By: /s/ Glenn Stearns
                                                            Trustee

STATEMENT:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**